UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL M. DILELLA, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>RENEE BURCHARD, *et al.*,<br><br>    Defendants. | Case No. 24-cv-1675 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion to dismiss, ECF 27, is **GRANTED** and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

                  _____
                  JIA M. COBB
                  United States District Judge

Date: March 2, 2026